


# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff,<br><br>v.<br><br>KARINA MICHELLE ROMERO,<br><br>Defendant. | Case No. '16MJ1672<br><br>**COMPLAINT**<br><br>Title 18 U.S.C., Sec., 912—<br>FALSE PERSONATION OF AN<br>EMPLOYEE OF THE UNITED STATES<br>(FELONY). |

The undersigned complainant being duly sworn states:

On or about May 11, 2016, within the Southern District of California, defendant, KARINA MICHELLE ROMERO, did falsely assume and pretend to be an officer and employee of the United States acting under the authority thereof, that is a United States Postal Service Employee, and in such assumed and pretended character did act as such, in that she possessed a counterfeit United States Postal Service Identification Card and possessed a quantity of stolen mail, in violation of Title 18, United States Code, Section 912.

The complainant states that this complaint is based on the attached Probable Cause Statement, incorporated herein by reference.

_____
Phil G. Garn, Postal Inspector
U.S. Postal Service

Sworn to me and subscribed in my presence this 13th day of June 2016.

_____
RUBEN B. BROOKS
United States Magistrate Judge

## PROBABLE CAUSE STATEMENT

I, Phil G. Garn, am employed as a United States Postal Inspector for the United States Postal Inspection Service. I have been employed as a Postal Inspector for over 25 years and by the United States Postal Service for over 30 years. My duties include investigation of crimes involving the United States Mail and United States Postal Service.

This affidavit is made in support of criminal complaint and arrest warrant for KARINA MICHELLE ROMERO (ROMERO) for violation of Title 18, U.S.C. § 912- False Impersonation of a Federal Officer or Employee. The information contained herein is based on conversations and documents provided by other law enforcement officers, Postal employees and citizens as well as my own review of various law enforcement and Postal Service documents.

The following is a summary submitted for the purpose of establishing probable cause and does not include each and every fact known to me.

On February 18, 2016, I assisted El Centro Police Department (EPD) Detectives in the execution of a state search warrant at 318 Yucca Drive in El Centro, California. The following occurred in summary:

KARINA ROMERO (ROMERO) and Cindy Lara were located in the residence, which is ROMERO's mother's house. A family member said ROMERO and Lara primarily used ROMERO's bedroom and the garage.

A large amount of suspected stolen mail (opened and un-opened) and documents in other peoples' names as well as blank checks and items used to make fraudulent checks including a computer printer were located in ROMERO's room and the garage.

ROMERO and Lara were arrested on state identity theft and forgery charges.

EPD Detectives and I interviewed ROMERO and Lara, who told us the following in summary after being advised of their Constitutional Rights:

ROMERO said she had rented a hotel room for Lara (where detectives had found a large amount of stolen mail in January 2016), bailed Lara out of jail and Lara was staying with ROMERO at ROMERO's mothers house (318 Yucca Drive). ROMERO said the credit cards in other's names located in ROMERO's wallet were Lara's. ROMERO said she was aware of Lara's criminal activity including stealing mail and altering checks, and Lara had asked ROMERO to open fraudulent accounts and make purchases including the computer printer.

Lara said she had taken mail from many communities in Imperial County and got "a rush" stealing mail, but did not make any money even though she had cashed a few checks she altered to make payable to herself. Lara said she did not know what ROMERO's roll was with the stolen mail and fraud.

In February 2016, I spoke with numerous victims identified from mail and documents recovered during the search of the hotel room and residence on Yucca Drive who said they did not authorize anyone to have their or their family member's items, personal identification or business information.

In May 2016, I learned the following in summary from Chula Vista Police Department Officer Elman Gashymov and from reading his report:

On May 10, 2016, Chula Vista Police Department Officers contacted Cindy Lara incident to a traffic violation. Lara identified herself as another person. Lara's true identity was established and was found to have active arrest warrants from Imperial County for the cases above. Officers found a large amount of mail in others' names as well as credit cards and identification cards in others' names including an altered United States passport with Lara's picture and a meth pipe. Lara was arrested for a number of state charges including identity theft, mail theft and receiving stolen property.

In May 2016, I contacted a number of victims whose documents were recovered by the Chula Vista Police Department, who told me they did not authorize anyone to have their or their family member's items, personal identification or business

information. I also noted Lara had a California driver's license for J.V., who lived on Firethorn Drive in San Diego, California had been recovered by the Chula Vista Police Department at the time of her arrest.

In May 2016, I learned the following in summary from San Diego Sheriff's Deputies, reading their reports, and Postal Inspector Matthew Tier:

> On May 11, 2016, Sheriff's Deputies contacted KARINA ROMERO in Alpine, California, and recovered a large quantity of credit cards, checks, identification documents including a United States Postal Service badge with ROMERO's picture as well as a meth pipe. Detectives contacted Postal Inspectors and Inspector Tier responded then took custody of suspect stolen mail and counterfeit Postal Service identification card.



I have seen hundreds of Postal Service identity cards over the course of my career and this card appears to me to be a counterfeit identification document.

On May 12, 2016, San Diego Sheriff's Detective Garth Schick and I interviewed ROMERO at the Las Colinas Detention Facility. After Detective Schick advised ROMERO of her Constitutional Rights, ROMERO told us the following in summary:

> The United States Postal Service identity card was fictitious and made using a photo of ROMERO by "a friend," who ROMERO would not identify. ROMERO said she had lent her vehicle to a friend who had left items in the car. ROMERO knew the friend was involved in criminal activity and attempted to hide items from deputies when they contacted ROMERO. ROMERO said the meth pipe was hers.

In May 2016, I contacted a number of victims whose documents were recovered by the San Diego Sheriff's Department, who told me they did not authorize anyone to have their or their family member's items, personal identification or business information. Many victims I spoke with lived on Firethorn Drive or within a few blocks of Firethorn Drive in San Diego, California. As previously noted, LARA had a California driver's license for J.V. who lived on Firethorn Drive when she was arrested by the Chula Vista Police Department.

On May 25, 2016, I learned there is no record of ROMERO ever having been an employee of the United States Postal Service.

On June 9, 2016, I learned from Deputy District Attorney Casey Mandrell that ROMERO was on pre-trial release for the Imperial County case when she was arrested by the San Diego Sheriff's Department on May 11, 2016.

    Based on the foregoing, I believe that probable cause exists to charge ROMERO for violation of Title 18, U.S.C. § 912- False Impersonation of a Federal Officer/Employee.

_____
Phil G. Garn, Postal Inspector
U.S. Postal Service

Sworn to me and subscribed in my presence this 13th day of June 2016.

_____
RUBEN B. BROOKS
United States Magistrate Judge